UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> CORNELIS JAN SLOMP, <br><br> Defendants. | No. 13cr689 <br><br> Magistrate Judge Mary M. Rowland |

### ORDER

Arrest warrant issued to Homeland Security/ICE as to Cornelis Jan Slomp on 8/28/2013.

Dated: 8/28/2013

*Mary M Rowland*