# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| USA | ) | Case No: 13cr689 |
|  | ) |  |
| v. | ) |  |
|  | ) | Judge Rowland |
|  | ) |  |
| Cornelis Jan Slomp | ) |  |
|  | ) |  |

## ORDER

Status hearing held. Attorney Michael Clancy appeared on behalf of Defendant for today's hearing only. Defendant waives detention hearing. Defendant waives his right to a preliminary hearing.

(T: 05)

Date:  11/15/2013

/s/ Susan E. Cox_____
U.S. Magistrate Judge