UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CORNELIS JAN SLOMP | No. 13 CR 689<br><br>Chief Judge Ruben Castillo |

**O R D E R**

Upon the Government's Fourth Motion, under Title 18, United States Code, Section 3161(h)(8)(A) & (B), for an extension of time in which to return an indictment in the above-captioned case,

IT IS HEREBY ORDERED that the time within which to file an indictment against the defendant be extended from March 26, 2014, to and including April 25, 2014. Specifically, this Court finds that the ends of justice served by the extension outweigh the best interests of the public and the defendant in a speedy trial because the failure to grant such an extension would deny the government the reasonable time necessary for effective preparation of the evidence for presentation to the Grand Jury, as necessary, taking into account the exercise of due diligence.

ENTERED:

_____
RUBEN CASTILLO
Chief Judge

DATED: March 20, 2014