**13 CR 689** *(cat 2)* *Felony*

JUDGE KENNELLY

MAGISTRATE JUDGE ROWLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **YES**

   1a. If the answer is "Yes", list the case number and title of the earliest filed complaint:

   **United States v. Cornelis Jan Slomp - 13 CR 689 (Rowland, J.)**

   1b. Should this indictment or information receive a new case number from the court? **NO**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**

5) Is this a transfer of probation supervision from another district to this District? **NO**

6) What level of offense is this indictment or information? **FELONY**

7) Does this indictment or information involve eight or more defendants? **NO**

8) Does this indictment or information include a conspiracy count? **YES**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:

   **DAPCA Controlled Substances (III)**

10) List the statute of each of the offenses charged in the indictment or information.

   **21 U.S.C. § 963**

**ANDREW S. BOUTROS**
Assistant United States Attorney

FILED
APR 24 2014
THOMAS G BRUTON
CLERK, US DISTRICT COURT